# Court of Appeals
# of the State of Georgia

ATLANTA,  September 30, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0449. BRONSILAW CUTTER v. THE STATE.**

The Chatham County Superior Court issued a fugitive warrant for the arrest of Bronsilaw Cutter for crimes committed in the state of Arizona, and detained him in the county jail. Cutter notified the court of his intent to challenge the legality of his arrest pursuant to the Uniform Criminal Extradition Act, which provides that "[i]f the prisoner or his counsel shall state that he or they desire to test the legality of his arrest, the judge of the court of record shall fix a reasonable time to be allowed him within which to apply for a writ of habeas corpus." OCGA § 17-13-30 (a). The trial court ordered Cutter to file his petition for habeas corpus by the close of business on August 28, 2019. However, when Cutter failed to do so, the court ordered him "extradited instanter" to the state of Arizona. Cutter then filed a timely direct appeal to this Court.

Notwithstanding Cutter's failure to file the petition as ordered by the trial court, the relief he seeks is within the ambit of habeas corpus. And under our Constitution, the Supreme Court has exclusive appellate jurisdiction over all cases involving habeas corpus. See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (4). Therefore, out of an abundance of caution, Cutter's appeal is hereby TRANSFERRED to the Supreme Court for disposition. See *Saxton v. Coastal Dialysis & Med. Clinic, Inc.*, 267 Ga. 177, 178 (476 SE2d 587) (1996) (the Supreme Court has the ultimate responsibility for determining appellate jurisdiction).



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,  09/30/2019*
       *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

*Stephen E. Castlen*                    *, Clerk.*